**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry L. Stern, M.D. and Judy Stern, husband and wife; and Barry L. Stern as trustee for the Urology Clinic Ltd Profit Sharing Plan, dated April 8, 1991,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles Schwab & Co., Inc., a foreign corporation; and Wells Fargo Bank, N.A., a foreign corporation,<br><br>Defendants. | No. CV-09-1229-PHX-DGC<br><br>**ORDER** |

Plaintiffs have filed a motion for leave to file a second amended complaint. Dkt. #31. The motion is unopposed. Dkt. ##33 at 1 n.1, 36 at 6. The Court will grant the motion. *See* Fed. R. Civ. P. 15(a)(2).

**IT IS ORDERED:**

1. Plaintiffs' motion for leave to file a second amended complaint (Dkt. #31) is granted.
2. The Clerk is directed to file the lodged proposed second amended complaint (Dkt. #32).
3. The response and reply to the motion for judgment on the pleadings (Dkt. #33) shall address the allegations contained in the second amended.

DATED this 30th day of November, 2009.

_____
David G. Campbell
United States District Judge