# INDEX OF EXHIBITS

In Support of Plaintiffs' Second Amended Complaint

| Description | Exhibit |
|---|---|
| Wells Fargo Account Statement Excerpts for Account Number Ending in 6775 | 1 |
| Wells Fargo Account Statement Excerpts for Account Number Ending in 1408 | 2 |
| Wells Fargo Money Market Redeem Check | 3 |
| Wells Fargo IBS Delivers Newsletters | 4 |
| Affidavit of Forensic Accounting Expert Peter S. Davis and Preliminary Analyses | 5 |
| Arizona Corporation Commission, Securities Division, Complaint against Bennetts | 6 |
| FBI Letter | 7 |
| Arizona Corporation Commission, Securities Division, Complaint against Dona Kuryanowicz | 8 |
| Arizona Corporation Commission, Securities Division, Cease and Desist Order against Dona Kuryanowicz | 9 |
| Affidavit of Banking Expert Charles H. Grice | 10 |
| Federal Financial Institutions Examination Council, Bank Secrecy Act / Anti-Money Laundering Examination Manual Excerpts dated August 24, 2007 | 11 |
| Screen shots from Wells Fargo's website describing its fraud control | 12 |
| Screen shots from Wells Fargo's website describing its values | 13 |
| Wells Fargo Team Members Code of Ethics and Business Conduct | 14 |
| Office of Inspector General, Department of the Treasury, Audit Report on Wells Fargo Deficiencies dated August 18, 2006 | 15 |
| Instructions to SAR Report | 16 |
| Excerpts from SAR Activity Review Trends, Tips & Issues, Issue 2, dated June 2001 | 17 |

| | |
|---|---|
| Excerpts from SAR Activity Review Trends, Tips & Issues, Issue 7, dated August 2004 | 18 |
| Excerpts from SAR Activity Review Trends, Tips & Issues, Issue 10, dated May 2006 | 19 |
| Wells Fargo Account Statements for Account Number Ending in 8791 | 20 |
| Melissa Dreifuerst correspondence and related documents produced in Bennett Bankruptcy | 21 |
| Melissa Dreifuerst CPA Credential Summary | 22 |
| Thomas Dreifuerst CPA Credential Summary | 23 |
| Melissa Dreifuerst Public Record Report Excerpts | 24 |
| uBid.com Form 8-K SEC Filing Excerpts | 25 |
| Orion Energy Systems, Inc. Form S-1 SEC Filing Excerpts | 26 |
| Schwab One Brokerage Account Application dated July 18, 2006 | 27 |
| Update Your Schwab or Schwab One Account dated August 23, 2006 | 28 |
| Charles Schwab Account Statement Excerpts for Account Number Ending in 9030 | 29 |
| NYSE Decision dated October 17, 2005 | 30 |
| NYSE Decision dated July 8, 2004 | 31 |
| Screen shots from Charles Schwab's website describing its services for active traders | 32 |
| Screen shots from Charles Schwab's website describing Market Edge | 33 |
| E-mail dated July 23, 2007 | 34 |
| E-mail dated February 22, 2007 | 35 |
| MARS Report produced by Charles Schwab in Bennett Bankruptcy | 36 |